# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5128**  **September Term, 2021**

**1:21-mc-00016-BAH**

**Filed On: February 2, 2022** [1933387]

In re: Application of Los Angeles Times Communications LLC to Unseal Court Records,

------------------------------

Los Angeles Times Communications LLC,

       Appellant

   v.

United States,

       Appellee

**BEFORE:** Circuit Judges Rogers, Millett, and Katsas

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, February 2, 2022 at 11:05 a.m. The cause was heard as case No. 3 of 3 and argued before the Court in both public and closed sessions by:

   KatieLynn Boyd Townsend, counsel for Appellant.

   Elizabeth H. Danello (AUSA), counsel for Appelee.

**\* A portion of the oral argument in this case was conducted in a closed, ex parte session.**

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                     BY:    /s/
                           Anne A. Rothenberger
                           Deputy Clerk